# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:  AMANDA DENISE SMITH                              CASE NO: 19-33160-WRS
      4145 LONE OAK DRIVE
      MONTGOMERY, AL 36108

          Debtor.

---

## INCOME WITHHOLDING ORDER

---

TO:  BIG LOTS STORES INC
     ATTN PAYROLL
     4900 E DUBLIN GRANVILLE RD
     COLUMBUS, OH 43081-7651

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that  BIG LOTS STORES INC withhold from the wages, earnings, or other income of this debtor the sum of **$40.00  WEEKLY** and remit all such funds withheld to:

       **CHAPTER 13 TRUSTEE**
       **19-33160-WRS AMANDA DENISE SMITH**
       **P O BOX 613108**
       **MEMPHIS TN  38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, November 14, 2019.

cc: Debtor                                          **/ s / William R. Sawyer**
    Debtor's Attorney                          William R. Sawyer
                           United States Bankruptcy Judge